United States District Court
Southern District of Texas
Houston Division

JH

United States Courts
Southern District of Texas
FILED

SEP 26 2024

Nathan Ochsner, Clerk of Court

Joshua Herron
**PLAINTIFF**

vs.

Icon San Antonio LLC DBA ICON
**DEFENDANT**

CIVIL ACTION-LAW

Case No. _____

## PETITION TO PROCEED IN FORMA PAUPERIS & AFFIDAVIT

1. I am the petitioner in the above matter and because of my financial condition am unable to pay the fees and costs of prosecuting or defending this action or proceeding.

2. I am unable to obtain funds from anyone, including my family and associates, to pay the costs of litigation.

3. I represent that the information below relating to my ability to pay the fees and costs is true and correct:

   a.) My Name is: Joshua Herron
   My Address is: 1515 Main St. Apt 101 Houston Texas 77002

   b.) Employment:

   If you are presently employed, state your:

   Employer: _____

Employer's Address: Unemployed

Salary or wages per month: Unemployed

Type of work: Unemployed

If you are presently unemployed, state:

Date of last employment: Unemployed

Salary or wages per month: Unemployed

Type of work: Unemployed

c.) Please list any other income received within the past twelve months:
(Write the gross amount (before taxes) per month that you received and the months you received this income.)

Business or profession: $0

Other self-employment: $2,500

Interest: $0

Dividends: $0

Pension and annuities: $0

Social security benefits: $0

Support payments: $0

Disability payments: $0

Unemployment compensation and/or supplemental benefits: $2,000 (Snap Food only)

Workers' Compensation: $0

Public assistance: $0

Other: $0

d.) Other contributions to household support:
(Write the gross amount (before taxes) per month that you received and the months you received this income.)
(Wife) (Husband) Name: $0

If your (wife) (husband) is employed, please state

Employer: $0

Salary or wages per month: $0

Type of work: $0

Contributions from children: $0

Contributions from parents: $0

Other contributions: $0

e.) Property owned:

Cash: $0

Checking Account: $0

Savings Account: $0

Certificates of deposit: $0

Real estate (including home): $0

Motor Vehicle: Make 2013 Dodge Avenger, Year _____,

Cost: $1600 Amount Owed: $800 loan

Stocks and bonds: $0

Other: $0

f.) Debts and obligations:

Mortgage: $0

Rent: $825

Loans: $800

Other: $8,000

(Write all of your regular monthly bills, phone, utilities, cable, insurance, etc.)

g.) Persons dependent upon you for support:

(Wife/Husband) Name: $0

Children, if any:

Name: $0 none            Age: $0 none
      $0 none                 $0 none
      $0 none                 $0 none

Other persons:

Name: $0 none

Relationship: $0 none

4. I understand that I have a continuing obligation to inform the court of improvement in my financial circumstances which would permit me to pay the costs incurred herein.

Form 2
Page 5 of 6

5. I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

Date: 06/14/2024                    Joshua Herron
                                    PETITIONER

Integrity Texas Funding, LP
84 Villa Road
Greenville, SC 29615

Date: 5/16/2024                                                                    Receipt# 77446349

| | | |
|---|---|---|
| Loan Origination Date | : | 4/20/2024 1:08:30 PM |
| Loan Number | : | 397-77565 |
| Borrower's Name | : | HERRON, JOSHUA DEANGELO |

## PAYMENT TRANSACTION

| | | |
|---|---|---|
| Date Payment Recieved | : | 5/16/2024 |
| Amount of Payment Received | : | 140.00 |
| Amount Applied to Fees | : | 0.00 |
| Amount Applied to Interest | : | 0.00 |
| Amount Applied to Principle | : | 140.00 |
| Amount Interest Short | : | 0.00 |
| Amount Fees Short | : | 0.00 |
| Remaining Principle Balance | : | 1,390.59 |

## PAYMENT METHOD

| | | |
|---|---|---|
| Employee's Name | : | Destiny Initial |
| Payment Form | : | Card Payment |
| How Paid | : | Walked In |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.integritytexasannualprivacynotice.com or we will mail you a free copy upon request if you call us at 1-864-214-2515.

## DEBIT CARD AUTHORIZATION

I, JOSHUA E HERRON /JH/, authorize Select Management Resources, on behalf of WELLSHIRE FINANCIAL SERVICES, LLC d/b/a LoanStar Title Loans, to charge my debit card account in the amount of $140.

Debit Card Number: XXXXXXXXXXX4223 ; Expiration Date: 5/2028

Authorization Code: 060752

____/JH/____  05/16/2024
Cardholder's Signature   Date

I also authorize Select Management Resources to charge my debit card for future payments that are verbally approved by me.

Authorization Valid Until: n/a   Initial Here: JH

**MARKEL** Evanston Insurance Company

10275 W. Higgins Road
Suite 750
Rosemont, IL 60018

| | | | |
|---|---|---|---|
| Insured: | Josh Herron | Home: | (346) 257-7523 |
| Property: | 1300 Patricia Drive | | |
| | San Antonio, TX 78213 | | |
| Home: | 1300 Patricia Drive | | |
| | San Antonio, TX 78213 | | |

Claim Rep.: Anthony Jukes

Estimator: Anthony Jukes

Claim Number: 24C03020     Policy Number: RTH12062579     Type of Loss: Water

| | | | |
|---|---|---|---|
| Date Contacted: | 6/6/2024 11:26 AM | | |
| Date of Loss: | 2/14/2024 12:00 AM | Date Received: | 6/5/2024 9:50 AM |
| Date Inspected: | | Date Entered: | 6/5/2024 10:05 AM |

Price List:  TXSA8X_JUN24
             Restoration/Service/Remodel
Estimate:    JOSH_HERRON

We have prepared this estimate regarding your loss or damage. A letter that explains your coverage and benefits is being sent to you under separate cover. Because the information in an estimate serves as the basis for a determination of your benefits, you (and if applicable, your contractor) should review this estimate carefully. Let us know immediately (and prior to beginning any work) if you have any questions regarding the estimate.

**MARKEL** Evanston Insurance Company

10275 W. Higgins Road
Suite 750
Rosemont, IL 60018

## JOSH_HERRON

### 24C03020 - Herron PPIF

### Living Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. N/A N/A, Safari Leather Couch set and rug | 2.00 EA | 3,300.00 | 544.50 | 7,144.50 | (3,572.25) | 3,572.25 |
| 5. PSW S4 S4, PSW living room speakers for production | 1.00 EA | 550.00 | 45.38 | 595.38 | (119.08) | 476.30 |
| 7. Brother JX2517, U63548-H4P181825 Sewing Machine | 1.00 EA | 500.00 | 41.25 | 541.25 | (216.50) | 324.75 |
| Totals: Living Room | | | 631.13 | 8,281.13 | 3,907.83 | 4,373.30 |

### Bedroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 2. Lone Star Matress & Furniture N/A, Bed and Bed set | 1.00 EA | 1,875.00 | 154.69 | 2,029.69 | (405.94) | 1,623.75 |
| Totals: Bedroom | | | 154.69 | 2,029.69 | 405.94 | 1,623.75 |

### Bathroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 3. Apple C021kLXVOR13, Max Book Retina 13 | 1.00 EA | 1,000.00 | 0.00 | 1,000.00 | (0.00) | 1,000.00 |
| 4. JBL TL0284-KG0210736, JBL Charge 4 (not so water proof when plugged in) | 1.00 EA | 100.00 | 8.25 | 108.25 | (54.13) | 54.12 |
| 8. Confidence Fitness N/A, Workout Bike | 1.00 EA | 160.00 | 13.20 | 173.20 | (69.28) | 103.92 |
| Totals: Bathroom | | | 21.45 | 1,281.45 | 123.41 | 1,158.04 |

### Kitchen

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 6. SunBeam N/A, Toaster | 1.00 EA | 35.00 | 2.89 | 37.89 | (0.00) | 37.89 |
| Totals: Kitchen | | | 2.89 | 37.89 | 0.00 | 37.89 |
| Total: 24C03020 - Herron PPIF | | | 810.16 | 11,630.16 | 4,437.18 | 7,192.98 |
| Line Item Totals: JOSH_HERRON | | | 810.16 | 11,630.16 | 4,437.18 | 7,192.98 |

JOSH_HERRON 6/6/2024 Page: 2

| HULL, HOLLIDAY & HOLLIDAY P.L.C. | DESERT RIDGE JUSTICE COURT |
|---|---|
| ATTORNEYS AT LAW | 18380 N. 40TH STREET |
| 7000 N. 16th St., Suite 120-#484 | PHOENIX AZ, 85032 |
| Phoenix, Arizona 85020 | MARICOPA COUNTY, ARIZONA |
| (602) 230-0088  FAX (602) 230-7421 | 602-372-7100 |
| attorney@h3landlordlaw.com | |
| ANDREW M. HULL #004153 | |
| DENISE HOLLIDAY #017275 | |
| KEVIN HOLLIDAY #017276 | CASE NO. CC 2024 186914 |
| MATTHEW R. SCHLABACH #034118 | |

**COMPLAINT - EVICTION ACTION**   Case Number on Summons

| PLAINTIFF | DEFENDANT(S) |
|---|---|
| BIGELOW ARIZONA LLC IV | JOSHUA HERRON |
| DBA BUDGET SUITES OF AMERICA/414 | JOHN AND JANE DOES I-X |
| 2702 WEST YORKSHIRE DRIVE | 2702 WEST YORKSHIRE DRIVE |
| PHOENIX, AZ 85027 | Unit# 1133 |
| | PHOENIX, AZ 85027 |

2024 AUG 27 PM 51 DESERT RIDGE JUSTICE COURT FILED

### YOUR LANDLORD IS SUING TO HAVE YOU EVICTED. PLEASE READ CAREFULLY!

1. I am the attorney for the Plaintiff in this action, and this Court has jurisdiction over this action.
2. That Defendant wrongfully withholds possession of the premises from Plaintiff; Plaintiff is entitled to immediate possession of the following described premises:2702 WEST YORKSHIRE DRIVE #1133, PHOENIX, AZ 85027
3. The premises are located within the judicial precinct of this Court or there is authority for the filing of this action outside the precinct where the premises are located.
4. If applicable, Defendants have been served a proper notice(s) which is/are attached hereto and incorporated herein.
5. On 08/20/2024 defendant was served Hand Delivered notice pursuant to law; Rental per Month is $1,359.76; Rent is due and unpaid since 08/19/2024.  If this Complaint does not contain violations other than the non-payment of rent, then Defendants may contact Plaintiff and reinstate the rental agreement and cause this eviction action to be dismissed if, prior to the entry of the judgment, the Defendants pay all rent due, late fees pursuant to the Lease, court costs and attorney's fees due as of the date of payment.This complaint is in compliance with Supreme Court Administrative Order 2021-129 (see attached attestation of Plaintiff).
6. As of 08/26/2024 the following amounts are due and owing: Rent of $1,359.76; Court costs of ($63.00 Filing Fee + $25.00 Process Server Fee) $88.00; Attorneys' fees of $115.00; For a total of $1,562.76, plus after accruing costs.

Plaintiff asks for Judgment against Defendant for rent due as of the date of Judgment; late fees; attorneys' fees; damages; other charges and concessions, immediate possession of the premises; Plaintiff's costs of this suit; after accruing rent, attorneys' fees; and a Writ of Restitution to be issued in this matter.The undersigned attorney does hereby verify that they believe the assertions in this complaint to be true on the basis of a reasonably diligent inquiry. Plaintiff and Plaintiff's counsel hereby request permission to appear virtually.

376895    XPR    DATED: 08/26/2024    _____
ATTORNEY FOR PLAINTIFF



# Maricopa County Justice Courts, State of Arizona
## Desert Ridge Region
## Desert Ridge Justice Court
18380 N. 40th Street Suite #130
Phoenix, AZ 85032
(602) 372-7100
http://justicecourts.maricopa.gov

## BOND RECEIPT
(Reprint)

| | |
|---|---|
| Transaction #: | 10117273 |
| Date: | Sep 09, 2024 at 8:49:27 AM |
| Cashier ID: | 75378 |

**BOND POSTER:**
Joshua Herron
2702 W Yorkshire Dr #1133
Phoenix, AZ 85027

| Type | Case # | Party Name | Payer Name | Amount Paid |
|---|---|---|---|---|
| Cash | CC2024186914 | JOSHUA HERRON | $0.00 Joshua Herron | 142.35 |
| | | | | $142.35 |

| | |
|---|---|
| Amount Tendered: | 160.00 |
| Payment: | 142.35 |
| **Change Due:** | **$17.65** |

